FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 26 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

Porter (Last Name)    392940 (Identification Number)
Keith (First Name)    La-Dale (Middle Name)
H.C.A.D.C. B-A; 10451 Larkin Smith Dr. (Institution)
Gulfport, Ms. 39503 (Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

V.

CIVIL ACTION NUMBER: 1:16cv69 HSO-JCG
(to be completed by the Court)

Gulfport Police Det. Christopher Werner
Gulfport Police Dept.; Unnamed Gulfport ~~Female~~ male Officer
Harrison Co. Mississippi
Correctional Medical Ass., Harrison County Adult Detention Center in their Individual Capacities.

(Enter above the full name of the defendant or defendants in this action)

## OTHER LAWSUITS FILED BY PLAINTIFF

NOTICE AND WARNING:
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes (X)  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Police

2. Court (if federal court, name the district; if state court, name the county): U.S. District Northern

3. Docket Number: Don't Remember

4. Name of judge to whom case was assigned: ~~scribbled out~~ (Jerry Davis)

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Settled out of Court

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Keith L. Porter     Prisoner Number: H.C.A.D.C. No. 392940

Address: H.C.A.D.C. 10451 Larkin Smith Dr. Gulfport, Ms. 39503

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: listed on Additional Sheet     is employed as _____ at _____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: SELF     ADDRESS: SAME AS ABOVE

Keith Porter     Harrison County adult detention Center, 10451 Larkin Smith Drive, Gulfport MS 39503

DEFENDANT(S):

| NAME | ADDRESS |
|---|---|
| G.P.D. Det. Christoper Werner | 2220 15th St., Gulfport, Ms. 39501 |
| G.P.D. Unnamed Female Officer | 2220 15th St., Gulfport, Ms. 39501 |
| (G.P.D.) Gulfport Police Dept. | 2220 15th St., Gulfport, Ms. 39501 |
| Correctional Medical Ass. | 2223 Peach Tree Rd., Atlanta GA. 30309 |
| Harrison Co. Mississippi | 11801 23rd St. Gulfport, Ms. 39501 |
| Harrison Co. Adult Detention Center | 10451 Larkin Smith Dr. Gulfport Ms. 39503 |

2

(Contd.)

II A) Christopher WERNER is Employeed as a Detective with the Gulfport, Ms. police Dept. in Gulfport, Ms.

B) Unnamed male Officer is Employeed as a street Patrol Office with the Gulfport, Ms. Police Dept.

C) Gulfport Police Dept. Employee's Unnamed male Patrol Officer and Detective Christoper WERNER

D) Harrison Co. Adult Detention Center contracts with the Gulfport Police Department to House Prisoners they detain and House Funishing also Food and Resonable medical care to all city of Gulfport Ms. Arrested Detainee's.

E) Correctional Medical Ass. Contracts with the Harrison County Adult Detention Center to provide Medical and dental care to all Prisoner's that are Detained in the Harrison Co. Adult Det. Center.

F) Harrison Co. Ms. Deems all contracts for Housing Prisoners for other Agency's, Furnishish contracts for Medical, Food, Clothing and Repairs to the Jail Facility.

(2)(B)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (X)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No (X), if so, state the results of the procedure: _their is NO inmate Administrative Remedy Program Against Gulfport Police Dept. at the H.C.A.D.C._

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No (X)

   2. State how your claims were presented (written request, verbal request, request for forms): _VERBAL_
      _SEE ANSWER to E._

   3. State the date your claims were presented: _N/A_

   4. State the result of the procedure: _N/A_

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On August 28, 2015 Plaintiff was Robbed at gun point by a group of men he knew and trusted. After being robbed, beaten, tied up and stripped naked. Plaintiff was released and he ran to his friends car, who awaited for his return out of the house where Plaintiff was Robbed and beaten. After telling my friend I had been Robbed and He ask why I was naked and He saw I had been Beaten and Robbed he jumped out of the car with a gun Plaintiff was not aware of and shot up the house that I was Robbed in. Gulfport Police Arrived 3 minutes later Answering the 911 call and me and my freind were Arrested at Gun Point and Brought to the Gulfport City Jail (Cont'd Seperate pg.)

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.
I Seek (1) One Million Dollars in Damages for Crule and Unusual Punishment, Malious Detainment, Denial of Medical Care, Mental and Emotional Stress, and Punitive damages

Signed this 18 day of Feburay, 20 16.

Keith Porter #392940
10451 Larkin Smith Dr. Gulfport, MS 39503
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

02-18-2016
(Date)

Keith Porter
Signature of plaintiff

4

Upon being placed under arrest while still unclothed. I was never read my rights, and I asked the arresting officer (Jane Doe), if I could get dressed and ~~~ His reply to this request was know as No and I was placed inside of the patrol car still unclothed. When the officer got inside the car I told him twice that I'd been robbed and that I needed medical attention because my robber had repeatedly delivered blows to my head with the handle of his gun.

The officer never provied me with any type of medical care/and/are brought me to a local hospital as in the standard proceedure when making an arrest with an injuried prisoner in their custody.

Arriving at the Gulfport Police Dept.; and being placed in the holding cell in the booking deptment I was still unclothed in an ice cold steel and concret holding cell and still denied clothes are medical attention. A camrea in the holding tanks recorded the continuous beating on the window by plaintiff tring to get clothes and medical treatment for the injuries substaned minutes before his arrest on Aug. 28, 2015.

Plaintiff was made to lay in the holding cell for hours with only his brief underwear on and force to endure the cold cell and also still being refused medical care and plaintiff was subjected to be in extreme pain from his head trauma injuries and from the extreme cold temperatures.

(4)(B)

Plaintiff would further show he arrived at the Gulfport Booking Area around 10:30pm on Aug. 28, 2015 and was refused any type of clothes are blanket and was kept naked even upon his transfer to the County Jail around 7.A.M. on Aug. 29, 2015.

I was transported to the Harrison County Adult Detention Center where I was booked in transferred to a Housing Unit and still denied Medical Care for Injuries I substained from being the factual victim of a crime.

Plaintiff would further show he did infact get questioned, had Photo's of His injuries taken by Detective Christopher Werner and did file a Criminal Complain against the people that Beat and Robbed Him.

(4)(c)